IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Moore, Leon | Case Number:  07 B 22912 |
| | Judge:  Squires, John H |
| Printed:  9/23/08 | Filed:  12/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  June 18, 2008
Confirmed:  February 27, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 650.00 | |
| Secured: | | 81.63 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 532.90 |
| Trustee Fee: | | 35.47 |
| Other Funds: | | 0.00 |
| Totals: | 650.00 | 650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,843.00 | 532.90 |
| 2. | Cook County Treasurer | Secured | 13,000.00 | 50.00 |
| 3. | City Of Chicago | Secured | 938.00 | 31.63 |
| 4. | Commonwealth Edison | Unsecured | 9,426.15 | 0.00 |
| 5. | Cook County Treasurer | Unsecured | 7,950.65 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 381.14 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 530.08 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 17,842.31 | 0.00 |
| 9. | Washington Mutual Home Loan | Secured | | No Claim Filed |
| 10. | Argent Healthcare Fin | Unsecured | | No Claim Filed |
| 11. | Argent Healthcare Fin | Unsecured | | No Claim Filed |
| 12. | Assoc Coll | Unsecured | | No Claim Filed |
| 13. | CCA | Unsecured | | No Claim Filed |
| 14. | Argent Healthcare Fin | Unsecured | | No Claim Filed |
| 15. | First Premier | Unsecured | | No Claim Filed |
| 16. | KCA Financial Services | Unsecured | | No Claim Filed |
| 17. | Argent Healthcare Fin | Unsecured | | No Claim Filed |
| 18. | Corporate Collection Service | Unsecured | | No Claim Filed |
| 19. | La Chapelle Credit Service | Unsecured | | No Claim Filed |
| 20. | Professional Placement Services | Unsecured | | No Claim Filed |
| | | | $ 52,911.33 | $ 614.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 33.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Moore, Leon

Printed:  9/23/08

Case Number:  07 B 22912
Judge:  Squires, John H
Filed:  12/6/07

```
        6.5%              2.20
                      _____
                      $ 35.47
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

